# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| In the Matter of | : No. 2236 Disciplinary Docket No. 3 |
| | : |
| JOHN ANTHONY COSTALAS | : Board File No. C2-15-762 |
| | : |
| | : (Court of Common Pleas of Delaware |
| | : County, Criminal Division, No. CR- |
| | : 0002063-2015) |
| | : |
| | : Attorney Registration No. 93501 |
| | : |
| | : (Delaware County) |

## ORDER

**PER CURIAM**

**AND NOW**, this 7th day of January, 2016, the Joint Petition to Temporarily Suspend an Attorney is granted, John Anthony Costalas is placed on temporary suspension, *see* Pa.R.D.E. 214(d)(5), and he shall comply with all the provisions of Pa.R.D.E. 217.

Mr. Justice Eakin did not participate in the consideration or decision of this matter.